**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Vicky W. Chan,**<br><br>    Plaintiff,<br><br>v.<br><br>**Unifund C.C.R. Partners;**<br>**The Hameroff Law Firm, P.C.;**<br><br>    Defendants. | No.  CV 06-1489-PHX-ROS<br><br><br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Dismissal with Prejudice filed with the Court, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

**IT IS FURTHER ORDERED** each party will bear its own costs and attorney's fees incurred herein.

DATED this 3rd day of November, 2006.

                                                Roslyn O. Silver
                                              United States District Judge